TOWN OF WEST HARTFORD *v.* MURTHA CULLINA, LLP, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 15 (AC 25062), is denied.

BORDEN, KATZ and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*William H. Clendenen, Jr., Nancy L. Walker* and *Kevin C. Shea,* in support of the petition.

*William H. Prout, Jr., Timothy A. Diemand* and *Erika L. Amarante* and *James R. Fogarty,* in opposition.

Decided December 8, 2004